Submitted October 18—decided October 24, 1973

STATE OF CONNECTICUT *v.* EDDIE J. ECHOLS

The defendant's motion to review the order of the trial court granting the state's motion for an extension of time within which to file a counter finding in the appeal from the Superior Court in New Haven County having been considered is denied in the absence of a finding. See Practice Book § 694, as amended.

The defendant's motion to set aside the judgment of the trial court in the appeal from the Superior

Court in New Haven County is granted unless the state's counter finding is filed on or before December 3, 1973.

*John R. Williams,* special public defender, in support of the motions.

Submitted October 15—decided October 31, 1973